**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **BYRON CORNIELUS YOUNG, JR.,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 24-CV-138-JFH-GLJ** |
| **MCCURTAIN COUNTY JAIL TRUST, *et al.*,** | |
| **Defendants.** | |

# ORDER

Before the Court is the Report and Recommendation [Dkt. No. 60] of United States Magistrate Judge Gerald L. Jackson recommending that the Court grant the Motion to Dismiss for failure to prosecute filed by Defendant McCurtain County Jail Trust and Defendant Sheriff of McCurtain County [Dkt. No. 58].

No party objected to the Magistrate Judge's Report and Recommendation within the 14-day period prescribed by 28 U.S.C. § 636(b). Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation, and accepts and adopts it as the order of the Court. On that basis, Defendants' Motion to Dismiss is GRANTED, and this case shall be DISMISSED without prejudice for failure to prosecute.

IT IS SO ORDERED this 10th day of September, 2026.

JOHN F. HEIL, III
CHIEF UNITED STATES DISTRICT JUDGE